UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DETRICK WILLIAMS,

    Petitioner,

Case No. 2:16-CV-244

v.

HON. GORDON J. QUIST

KATHLEEN OLSON,

    Respondent.
_____/

# ORDER ADOPTING
# REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Maarten Vermaat's April 3, 2019, Report and Recommendation recommending that Petitioner's petition for writ of habeas corpus be denied and that the Court deny Petitioner a certificate of appealability. The Report and Recommendation was duly served on Petitioner on April 3, 2019. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the Report and Recommendation.

**THEREFORE, IT IS HEREBY ORDERED** that the April 3, 2019, Report and Recommendation (ECF No. 13) is approved and adopted as the Opinion of the Court, and Petitioner's habeas petition (ECF No. 1) is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

A separate judgment will enter.

This case is **concluded**.

Dated: May 1, 2019

          /s/ Gordon J. Quist
          GORDON J. QUIST
          UNITED STATES DISTRICT JUDGE